In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-08-00056-CV


______________________________




IN THE MATTER OF THE MARRIAGE OF


DONALD M. HOLDER AND

ROSEMARY A. HOLDER





 


On Appeal from the County Court at Law

Cass County, Texas

Trial Court No. CCL-07-D-049




 




Before Morriss, C.J., Carter and Moseley, JJ.

Memorandum Opinion by Chief Justice Morriss


MEMORANDUM OPINION

 Donald M. Holder, the sole appellant in this case, has filed a motion seeking to dismiss his
appeal. Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, his motion is granted. See
Tex. R. App. P. 42.1. 

 We dismiss the appeal.



 Josh R. Morriss, III

 Chief Justice


Date Submitted: May 29, 2008

Date Decided: May 30, 2008



PAN>

Memorandum Opinion by Justice Moseley








MEMORANDUM OPINION



 Adonis Tarbutton has petitioned this Court to issue a writ of mandamus compelling Collin
County Criminal District Attorney John Roach to provide any exculpatory evidence Roach may have
in his possession. We are without jurisdiction to issue a writ of mandamus against a district attorney.
See Tex. Gov't Code Ann. § 22.221(b) (Vernon 2004); In re Ruston, No. 05-07-01379-CV, 2007
Tex. App. LEXIS 8726 (Tex. App.--Dallas Nov. 2, 2007, orig. proceeding) (mem. op., released for
publication).

 We deny Tarbutton's petition.




 Bailey C. Moseley

 Justice


Date Submitted: January 15, 2008

Date Decided: January 16, 2008